UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XINYE LI,<br><br>                    Plaintiff,<br><br>          -against-<br><br>UR JADDOU, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                    Defendant. | 22-CV-4462 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff filed the complaint in this action on May 31, 2022. By order dated June 14, 2022, the Court directed Plaintiff to either pay the $402.00 in fees required to file a civil action in this court or, to request permission to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, to submit an IFP application. (ECF 3.) On August 10, 2022, because there was no indication on the docket that Plaintiff had paid the fees or submitted an IFP application, the Court dismissed the action without prejudice for Plaintiff's failure to pay the fees or submit an IFP application. (ECF 4.) Judgment was entered the same day. (ECF 5.)

      On August 30, 2022, it came to the Court's attention that Plaintiff paid the filing fees on June 24, 2022, but due to a clerical error, an entry reflecting Plaintiff's payment was not entered on the docket.

The Court therefore directs the Clerk of Court to vacate the August 10, 2022, order of dismissal and judgment (ECF 4, 5), and to reopen this action. The merits of Plaintiff's claims will be addressed in due course.

SO ORDERED.

Dated:  August 30, 2022
        New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge