UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                             :
XINYE LI,                              :
                              :
                Plaintiff,,        :
                              :       22-CV-4462 (JMF)
      -v-                        :
                              :       ORDER OF SERVICE
UR JADDOU,                      :
                              :
                Defendant.      :
                              :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.  The

Clerk of Court is directed to issue a summons as to Defendant Ur Jaddou.  Plaintiff is directed to

serve the summons and complaint on Defendant within 90 days of the issuance of the summons.

If within those 90 days, Plaintiff has not either served Defendant or requested an extension of

time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the

Federal Rules of Civil Procedure for failure to prosecute.  The Clerk of Court is directed to send

a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: September 1, 2022
       New York, New York

                                  JESSE M. FURMAN
                               United States District Judge